UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MARY BAKER, *individually and on behalf of all others*                  :
*similarly situated*,                                                    :
                                                                        :
                              Plaintiff,                                :
                                                                        :
              -v-                                                       :        25 Civ. 10510 (JPC)
                                                                        :
MARIO BADESCU SKIN CARE, INC.,                                          :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X
                                                                        :
ANIYAH MCGEE, *individually and on behalf of all*                       :
*others similarly situated*,                                            :
                                                                        :
                              Plaintiff,                                :
                                                                        :
              -v-                                                       :        26 Civ. 526 (JPC)
                                                                        :
MARIO BADESCU SKIN CARE, INC.,                                          :        ORDER
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the pre-motion letters from the parties in *Baker v. Mario Badescu Skin Care, Inc.*, No. 25 Civ. 10510 (JPC), with respect to Defendant's anticipated motion to dismiss, *see* Dkts. 10, 14, and Plaintiff's anticipated motion to consolidate this action with the related case, *McGee v. Mario Badescu Skin Care, Inc.*, No. 26 Civ. 526 (JPC), *see* Dkts. 13, 15. The Court also has received the parties' letters in *McGee*, *see* No. 26 Civ. 526 (JPC), Dkts. 10-12.

The parties in both actions are directed to appear at a conference on April 13, 2026, at 2:00 p.m.  At the scheduled time, counsel for the parties in both actions should call (855) 244-8681, access code 2302 755 2307.

The Clerk of Court is respectfully directed to file this Order on the dockets of No. 25 Civ. 10510 (JPC) and No. 26 Civ. 526 (JPC).

SO ORDERED.

Dated: March 25, 2026
       New York, New York

JOHN P. CRONAN
United States District Judge

2